UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

LUCILLE HOLTER,

                Plaintiff,         09 Civ. 8208 (JGK)

    - against -                ORDER

LORRAINE YEBOAH,

                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The plaintiff having advised the Court that this action is settled, the action is **dismissed with prejudice**. The Clerk is directed to enter judgment and to close this case.

SO ORDERED.

Dated:    New York, New York
           May 27, 2010

                                            John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/10